### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Case No.

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     JOE CAMACHO,
        a.k.a. "joenoetoe1115",

      Defendant.

### INDICTMENT

18 U.S.C. § 2422(b); 18 U.S.C. § 1470

The Grand Jury charges that:

### COUNT ONE

On or about and between December 5, 2007 and March 13, 2008, in the State and District of Colorado, JOE CAMACHO, a.k.a. joenoetoe1115, defendant herein, did use a facility and means of interstate and foreign commerce to attempt to knowingly persuade, induce, and entice an individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with an offense.

All in violation of Title 18 United States Code, Section 2422(b).

### COUNT TWO

On or about and between December 18, 2007 and January 2, 2008, in the State and

1

District of Colorado, JOE CAMACHO, a.k.a. joenoetoe1115, defendant herein, by means of interstate commerce, did knowingly transfer and attempt to transfer obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years.

All in violation of 18 United States Code, Section 1470.

A TRUE BILL:

<u>Ink signature on file in the clerk's office</u>
FOREPERSON

TROY A. EID
United States Attorney

By:  <u>s/Judith A. Smith</u>
Judith A. Smith
Assistant U.S. Attorney
U.S. Attorney's Office
1225 17th St., Ste. 700
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail:  Judith.Smith3@usdoj.gov
Attorney for Government