| | |
|---|---|
| DEFENDANT: | JOE CAMACHO;   a.k.a. "joenoetoe1115" |
| AGE: | **43** |
| COMPLAINT FILED? | _____ Yes     \_\_X\_\_\_\_\_ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _____ Yes    _____ No
   If No, a new warrant is required

| | |
|---|---|
| OFFENSE(S): | Count One: 18 U.S.C. § 2422(b), Coercion and Enticement of a Minor<br>Count Two:  18 U.S.C. § 1470 Transfer of Obscene Matter to a Minor |
| LOCATION OF OFFENSE: | Douglas County, Colorado |
| PENALTY: | Count One:  NLT 15 years, NMT life imprisonment; NMT $250,000 fine or both; NLT 5 years, NMT life Supervised Release; $100 Special Assessment fee.<br>Count Two:  NMT 10 years imprisonment; NMT $250,000 fine or both; NMT 5 years Supervised Release; $100 Special Assessment fee. |
| AGENT: | **Anna Wells**<br>Special Agent, ICE |
| AUTHORIZED BY: | Judith A. Smith<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 X   five days or less

THE GOVERNMENT

X    will seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:        \_  Yes  X   No

1