# United States District Court

FOR THE DISTRICT OF COLORADO

**UNITED STATES OF AMERICA**
v.

**JOE CAMACHO**

## WARRANT FOR ARREST

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

**08-CR-00378-EWN**

YOU ARE HEREBY COMMANDED to arrest _____Joe Camacho_____
                                                        Name

and bring him forthwith to the nearest magistrate to answer an

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him with (brief description of offense)

Coercion and Enticement of a Minor; AND Transfer of Obscene Matter to a Minor

in violation of Title __18__ United States Code, Section(s)__2422(b); AND 1470.__

GREGORY C. LANGHAM
Clerk, U.S. District Court
Name of Issuing Officer                           Title of Issuing Officer

_[signature]_                                      9-9-08   Denver, CO
Signature of Issuing Officer                       Date and Location

BAIL FIXED AT $_____   by_____
                                          Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at_____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |