# United States District Court

## FOR THE DISTRICT OF COLORADO

**UNITED STATES OF AMERICA**

v.

**JOE CAMACHO**

**WARRANT FOR ARREST**

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

**08-CR-00378-EWN**

YOU ARE HEREBY COMMANDED to arrest _____Joe Camacho_____
                                                Name

and bring him forthwith to the nearest magistrate to answer an

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him with (brief description of offense)

Coercion and Enticement of a Minor; AND Transfer of Obscene Matter to a Minor

in violation of Title _18_ United States Code, Section(s)_2422(b); AND 1470._

| | |
|---|---|
| GREGORY C. LANGHAM<br>Clerk, U.S. District Court<br>Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer | 9-9-08 Denver, CO<br>Date and Location |
| BAIL FIXED AT $_____ | by_____<br>Name of Judicial Officer |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at_____

| DATE RECEIVED 10-7-08 | NAME AND TITLE OF ARRESTING OFFICER<br>Paul Otto DUSM | SIGNATURE OF ARRESTING OFFICER<br>Paul Otto |
|---|---|---|
| DATE OF ARREST 10-6-08 | | |