IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 08-cr-00378-EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**JOE CAMACHO,**
    a/k/a "joenoetoe1115",

      Defendant.

_____

**NOTICE OF APPEARANCE**
**OBJECTION TO RULE 10 ARRAIGNMENT BY VIDEO CONFERENCE**
_____

    The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

    The defendant, through undersigned counsel, objects to the arraignment under Rule 10 of the Federal Rules of Criminal Procedure being conducted by video conference and requests to be personally present in open court during the arraignment.

                Respectfully submitted,

                RAYMOND P. MOORE
                Federal Public Defender


                s/ LaFonda R. Jones
                LAFONDA R. JONES
                Assistant Federal Public Defender
                633 Seventeenth Street, Suite 1000
                Denver, Colorado  80202
                Telephone:   (303) 294-7002
                Facsimile:    (303) 294-1192
                Lafonda_Jones@fd.org
                Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2008, I electronically filed the foregoing

**NOTICE OF APPEARANCE
OBJECTION TO RULE 10 ARRAIGNMENT BY VIDEO CONFERENCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Judith Smith
    Assistant U.S. Attorney
    judith.smith3@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Mr. Joe Camacho      *(Via U.S. Mail)*
    c/o Douglas County Jail
    4000 Justice Way
    Castle Rock, Colorado 80104

    s/ LaFonda R. Jones
    LAFONDA R. JONES
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado 80202
    Telephone:  (303) 294-7002
    Facsimile:  (303) 294-1192
    Lafonda_Jones@fd.org
    Attorney for Defendant