UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Kristen L. Mix | Laura Blunkall |
| United States Magistrate Judge | Deputy Clerk |
| Case Number: 08-cr-00378-EWN | FTR KLM PM |
| October 7, 2008 | |
| UNITED STATES OF AMERICA | Linda Kaufman |
| v. | |
| JOE CAMACHO | Without Counsel |

### INITIAL APPEARANCE

Court in Session: 2:11 pm

Court calls case and appearances of counsel.

Sue Heckman is present from pretrial services.

The defendant is advised of rights, charges and penalties.

The defendant is requesting court appointed counsel.

Financial affidavit reviewed.

The court finds that the defendant qualifies for court appointed counsel.

The court appoints an attorney from the office of the Federal Public Defender.

Government is seeking detention.

**ORDERED:** Arraignment, discovery and detention hearing set for October 10, 2008 at 2:00 pm.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal.

Court in recess: 2:14 pm

Total Time: 3 minutes

Hearing concluded.