UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Kristen L. Mix                                    Laura Blunkall

United States Magistrate Judge                    Deputy Clerk

Case Number: 08-cr-00378-EWN                      FTR KLM PM

October 10, 2008


UNITED STATES OF AMERICA                          Linda Kaufman


        v.


JOE CAMACHO                                       Brian Leedy

---

## ARRAIGNMENT, DETENTION AND DISCOVERY HEARING

Court in Session: 3:02 pm

Court calls case and appearances of counsel.

Jerald Mason is present from pretrial services.

Defendant appears with private Federal Public Defender Brian Leedy.

Defendant waives further reading and advisement.

Defendant enters pleas of NOT GUILTY.

Discovery memorandum tendered to the court.

Speedy trial:

30: 11/7/2008
70: 12/16/2008
90: 1/5/2009

Government is not seeking detention and requests defendant be released on bond.

Bond paperwork is signed and tendered to the court.

Counsel to chambers.

**ORDERED:** Court grants $25,000 unsecured bond with the condition of electronic home monitoring.

Defendant to be brought back to court once electronic home monitoring has been established.

Court in recess: 3:10 pm

Total Time: 8 minutes

Hearing Concluded.