IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 08–cr–00378–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOE CAMACHO,
      a/k/a "joenoetoe1115,"

    Defendant.

**ORDER AND NOTICE OF SETTINGS**

EDWARD W. NOTTINGHAM, Chief Judge
Kathleen L. Weckwerth, Secretary

    This matter is set for a five-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **December 15, 2008**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

    **ORDERED** that the deadline for filing all motions is <u>November 7, 2008</u>.  All responses shall be filed by <u>November 14, 2008</u>.  A hearing on the motions will be scheduled at a later date, if necessary.  Counsel shall notify the court as soon as possible if a hearing will be necessary and how much time will be needed for the hearing.  It is further

**ORDERED** that a change of plea hearing is scheduled to commence at 2:15 o'clock p.m. on Wednesday, **November 26, 2008**.  The deadline for submitting the plea agreement and statement of facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Monday, <u>November 24, 2008</u>.

Dated: October 20, 2008