IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 08-cr-378-EWN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**JOE CAMACHO**,

       Defendant.

_____

**UNOPPOSED MOTION TO MODIFY BOND CONDITIONS/REQUEST HEARING**
_____

The defendant, Joe Camacho, moves this Court to enter an order or to hold a hearing on November 7, 2008 to modify the terms and conditions of bond to permit Mr. Camacho to reside at Independence House (a bed space is expected to become available on November 7, 2008). In support thereof, Mr. Camacho states:

1. On October 10, 2008, Mr. Camacho appeared before Judge Mix for arraignment and a detention hearing. Mr. Camacho was to be released with certain conditions to include a prohibition against contact with minors and among other things, to be subject to electronic monitoring.

2. Mr. Camacho remains in custody at the Douglas County jail as he has not been able to secure a separate apartment in which to reside.

3. Probation Officer Susan Heckman has secured a bed space for Mr. Camacho at Independence House and this space will be available on November 7, 2008.

      4.    AUSA Judith Smith and Probation Officer Susan Heckman are not opposed to this modification to allow Mr. Camacho to be released from custody to Independence House.

For all of the foregoing reason, Mr. Camacho requests that this motion be granted.

                Respectfully submitted,

                RAYMOND P. MOORE
                Federal Public Defender


                s/ LaFonda R. Jones
                LAFONDA R. JONES
                Assistant Federal Public Defender
                633 Seventeenth Street, Suite 1000
                Denver, Colorado  80202
                Telephone:   (303) 294-7002
                Facsimile:    (303) 294-1192
                LaFonda_Jones@fd.org
                Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2008, I electronically filed the foregoing

**UNOPPOSED MOTION TO MODIFY BOND CONDITIONS/REQUEST HEARING**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Judith Smith
    Assistant U.S. Attorney
    judith.smith3@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Susan Heckman      *(Via E-mail)*
    U.S. Probation Dept.
    Susan_Heckman@cod.uscourts.gov

    s/ LaFonda R. Jones
    LAFONDA R. JONES
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:   (303) 294-7002
    Facsimile:     (303) 294-1192
    LaFonda_Jones@fd.org
    Attorney for Defendant