IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 08-cr-00378-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOE CAMACHO,

    Defendant.

## ORDER OF RECUSAL

    This matter is before me on review of the file.  In my prior position as the chief of the Special Prosecutions Section of the U.S. Attorney's Office for the District of Colorado, I supervised the assigned Assistant U.S. Attorney, Judith Smith, during the period that this indictment was filed.  As a result, pursuant to 28 U.S.C. § 455, I must recuse myself from this case.  It is therefore

    ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned.

    Dated:  November 4, 2008.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    Philip A. Brimmer
                                    U. S. District Judge