UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Kristen L. Mix | Laura Blunkall |
| United States Magistrate Judge | Deputy Clerk |
| Case Number: 08-cr-00378-MSK | FTR KLM PM |
| October 10, 2008 | |
| UNITED STATES OF AMERICA | Linda Kaufman |
| v. | |
| JOE CAMACHO | Brian Leedy |

**AMENDED ARRAIGNMENT, DETENTION AND DISCOVERY HEARING**

Court in Session: 3:02 pm

Court calls case and appearances of counsel.

Jerald Mason is present from pretrial services.

Defendant appears with private Federal Public Defender Brian Leedy.

Defendant waives further reading and advisement.

Defendant enters pleas of NOT GUILTY.

Discovery memorandum tendered to the court.

Speedy trial:

30: 11/7/2008
70: 12/16/2008
90: 1/5/2009

Government is not seeking detention and requests defendant be released on bond.

Counsel to chambers.

**ORDERED:** Court grants $25,000 unsecured bond with the condition of electronic home monitoring.

Defendant to be brought back to court once electronic home monitoring has been established.

Court in recess: 3:10 pm

Total Time: 8 minutes

Hearing Concluded.