UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Craig B. Shaffer<br>United States Magistrate Judge | Laura Blunkall<br>Deputy Clerk |
| Case Number: 08-cr-00378-MSK | FTR CBS AM |
| November 7 , 2008 | |
| UNITED STATES OF AMERICA | Not Present |
| v. | |
| JOE CAMACHO | LaFonda Jones |

### RELEASE ON BOND

Court in session: 10:46 am

Court calls case. Counsel was not required to attend this hearing.

Jerald Mason is present from pre-trial services.

Bond paperwork is signed and tendered to the court.

**ORDERED:** Bond is set at $25,000 unsecured with the conditions as set forth in the Order Setting Conditions Of Release, including the condition that defendant reside in a halfway house. Defendant to report to the halfway house no later than November 7, 2008 at 2:00 pm.

**ORDERED:** Defendant remanded to the custody of the United States Marshal, to be released after processing.

Court in recess: 10:56 am

Total Time: 10 minutes

Hearing concluded.