IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 08-cr-00378-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**JOE CAMACHO**,

       Defendant.
_____

**NOTICE OF DISPOSITION AND
MOTION REQUESTING CHANGE OF PLEA HEARING**
_____

       The defendant, Joe Camacho, by and through undersigned counsel, hereby notifies this Court that a disposition has been reached in his case with the government. The defendant would request a change of plea hearing for the court to consider the proposed plea agreement; the defendant would also request this court vacate the trial date set as well as the trial preparation conference.

       Respectfully submitted,

       RAYMOND P. MOORE
       Federal Public Defender

       s/ LaFonda R. Jones
       LAFONDA R. JONES
       Assistant Federal Public Defender
       633 Seventeenth Street, Suite 1000
       Denver, Colorado  80202
       Telephone:   (303) 294-7002
       Facsimile:    (303) 294-1192
       LaFonda_Jones@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2008, I electronically filed the foregoing

**NOTICE OF DISPOSITION AND
MOTION REQUESTING CHANGE OF PLEA HEARING**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

>Judith Smith
>Assistant U.S. Attorney
>judith.smith3@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

>Mr. Joe Camacho          *(Via U.S. Mail)*
>c/o Independence House
>2765 S. Federal
>Denver, Colorado 80236

>s/ LaFonda R. Jones
>LAFONDA R. JONES
>Assistant Federal Public Defender
>633 Seventeenth Street, Suite 1000
>Denver, Colorado  80202
>Telephone:   (303) 294-7002
>Facsimile:    (303) 294-1192
>LaFonda_Jones@fd.org
>Attorney for Defendant