IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date:   February 2, 2009 |
| Court Reporter: | Paul Zuckerman | |

Criminal Action No. 08-cr-00378-MSK

*Parties*:                                                          *Counsel*:

UNITED STATES OF AMERICA,                 Judith Smith

       Plaintiff,

v.

1.  JOE CAMACHO,                                        La Fonda Jones

       Defendant.

---

### ARRAIGNMENT AND CHANGE OF PLEA HEARING

---

**10:20 a.m.**     **Court in session.**

Defendant present on bond.

Interpreter sworn.

Defendant is arraigned on Count 2 of the **Indictment**. Defendant pleads guilty to Count 2 of the **Indictment. The Government intends to dismiss Count 1 of the Indictment.**

Defendant sworn.

Defendant advised regarding:

    1)   The Plea Agreement;
    2)   The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
    3)   The objectives and factors in 18 U.S.C. §3553(a).

The Government orally moves to dismiss Count 1 of the Indictment.

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

Oral findings are made of record.

**ORDER:**     The Government's Motion to Dismiss Count 1 of the Indictment  is **GRANTED, but the effect of the Order is stayed until time of sentencing.**

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**  Plea Agreement and Statement by Defendant in Advance of Plea of Guilty (and any translations thereof) are received.

**ORDER:**  Defendant's plea is accepted and defendant is adjudged guilty as charged in **Count 2 of the Indictment.**

**ORDER:**  Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDER:**  Sentencing hearing is set **June 12, 2009 at 1:30 p.m.,** in Courtroom A901, 901 19th Street, Denver, Colorado.

**ORDER:**  Bond is continued through sentencing.

**10:56 a. m.**  **Court in recess.**

**Total Time:**  **36 minutes.**
**Hearing concluded.**