IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  08-cr-00378-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOE CAMACHO,

      Defendant.

---

## NOTICE OF ATTORNEY APPEARANCE

---

      The United States of America, by David M Gaouette, Acting United States Attorney for

the District of Colorado, through Assistant United States Attorney Krislene M. Lorenz, hereby

enters her appearance as co-counsel on behalf of the United States of America.  Please include

the undersigned counsel on all future correspondence, notices and pleadings in this case.

      Respectfully submitted,

      DAVID M. GAOUETTE
      Acting United States Attorney

      BY: s/ Krislene M. Lorenz
      KRISLENE LORENZ
      Assistant United States Attorney
      United States Attorney's Office
      1225 Seventeenth Street, Suite 700
      Denver, Colorado 80202
      Telephone: (303) 454-0
      FAX: (303) 454-0403
      E-mail: Krislene.Lorenz@usdoj.gov
      Attorney for Government

## CERTIFICATE OF SERVICE

I certify that on this __23rd__ day of March, 2009, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

La Fonda R. Jones
Email: LaFonda_Jones@fd.org

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

None

s/ Debbie Azua-Dillehay
DEBBIE AZUA-DILLEHAY, Legal Assistant
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0153
FAX: (303) 454-0409
E-mail: Debbie.Azua-Dillehay@usdoj.gov