**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover        Date: June 12, 2009
Court Reporter:     Paul Zuckerman
Probation Officer:  Michelle Means

Criminal Action No. 08-cr-00378-MSK

*Parties*:                                  *Counsel*:

UNITED STATES OF AMERICA,                   Brenda Taylor

    Plaintiff,

v.

JOE CAMACHO,                                La Fonda Jones

    Defendant.

_____

**SENTENCING MINUTES**
_____

**1:40 p.m.**     **Court in session**.

Defendant present on bond.

Bench conference.

**ORDER:**   Counsel's briefing of the issues will be filed by **July 13, 2009.** The Sentencing hearing is continued to **August 17, 2009 at 11:30 a.m.**, in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:**   Bond continued.

**1:50 p.m.**     **Court in recess.**

Total Time:   10 minutes.
Hearing continued.