IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 08-cr-00378-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**JOE CAMACHO**,

       Defendant.

_____

**MEMORANDUM REGARDING THE COURT'S SENTENCING
AUTHORITY IN RELATION TO THE PROTECT ACT**

       The defendant, Joe Camacho, having pled guilty on February 2, 2009 to a violation of 18 U.S.C § 1470 pursuant to plea agreement, appeared in court for sentencing on June 12, 2009.  At the sentencing hearing, the District Court requested that the government and defense counsel brief the issue as to whether the Court's authority to impose a sentence at variance to the advisory guidelines is hampered or limited in any way by the Protect Act.

       Other than a crime that carries a statutory mandatory minimum sentence, which is not the type of crime that Mr. Camacho pled guilty to, counsel has not

been able to find anything in the Protect Act which limits the District Court's discretion in relation to sentencing.

>Respectfully submitted,
>
>RAYMOND P. MOORE
>Federal Public Defender
>
>s/ LaFonda R. Jones
>LaFonda R. Jones
>Assistant Federal Public Defender
>633 17th Street, Suite 1000
>Denver, CO  80202
>Telephone:  (303) 294-7002
>FAX:  (303) 294-1192
>LaFonda_Jones@fd.org
>Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2009, I electronically filed the foregoing

**MEMORANDUM REGARDING THE COURT'S SENTENCING AUTHORITY IN RELATION TO THE PROTECT ACT**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Judith Smith
Assistant U.S. Attorney
judith.smith3@usdoj.gov

Krislene Lorenz
Assistant U.S. Attorney
E-mail: krislene.lorenz@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Joe Camacho        *(Via U.S. Mail)*
c/o Independence House
2765 S. Federal
Denver, Colorado 80236

                               s/ LaFonda R. Jones
                               LaFonda R. Jones
                               Assistant Federal Public Defender
                               633 17th Street, Suite 1000
                               Denver, CO  80202
                               Telephone:  (303) 294-7002
                               FAX:  (303) 294-1192
                               LaFonda_Jones@fd.org
                               Attorney for Defendant

3