**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover         Date: August 17, 2009
Court Reporter:     Paul Zuckerman
Probation Officer:  Caryl Ricca

Criminal Action No. 08-cr-00378-MSK

*Parties*:                                  *Counsel*:

UNITED STATES OF AMERICA,                   Krislene Lorenz

    Plaintiff,

v.

JOE CAMACHO,                                La Fonda Jones

    Defendant.

---

### SENTENCING MINUTES
---

**9:46 a.m.**     **Court in session**.

This hearing was continued from June 12, 2009.

Defendant present on bond.

Bench Conference.

The Sentencing Hearing will be further continued.

ORDER:    The Government will file its supplemental information by **August 31, 2009** and defendant will file a response, if any, by **September 14, 2009.** The Sentencing Hearing is continued to **September 28, 2009 at 11:30 a.m.**, in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:**   Bond is continued.

**9:58 a.m.**     **Court in recess.**

Total Time:   12 minutes.
Hearing continued..