IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  08-cr-00378-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOE CAMACHO,

    Defendant.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL INFORMATION REGARDING SENTENCING**

The United States of America, by David M. Gaouette, United States Attorney for the District of Colorado, through Assistant United States Attorney Krislene M. Lorenz, hereby submits this Unopposed Motion for Extension of Time to File Supplemental Information Regarding Sentencing, and states as follows:

1.    The sentencing hearing in this case is set for September 28, 2009.  At the last hearing held on August 17, 2009, this Court gave the Government until August 31, 2009 to file its Supplemental Information Regarding Sentencing [Document #32].  This Court has told the parties that it is considering a probationary sentence for Mr. Camacho.  Given that information, the Government intended to consult with Probation Officers Michelle Means (who authored the pre-sentence investigation report), and Jennifer Nuanes who is currently supervising Mr. Camacho.  However, both of these probation officers are out of the office and unavailable to the undersigned attorney until after Wednesday, September 2, 2009.

2. The undersigned for the Government is authorized to state that LaFonda Jones, Esq, attorney for Mr. Camacho, does not oppose this Motion.

3. The Government respectfully requests an extension of time, until Friday, September 5, 2009, within which to file its Supplemental Information Regarding Sentencing.

    Respectfully submitted,

    DAVID M. GAOUETTE
    United States Attorney

    BY: s/ Krislene M. Lorenz
    KRISLENE M. LORENZ
    Assistant United States Attorney
    United States Attorney's Office
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    Telephone: (303) 454-0368
    FAX: (303) 454-0403
    E-mail: Krislene.Lorenz@usdoj.gov
    Attorney for Government

**CERTIFICATE OF SERVICE**

I certify that on this  31st  day of August, 2009, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL INFORMATION REGARDING SENTENCING** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

La Fonda R. Jones
Email: LaFonda_Jones@fd.org

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

None

    s/ Debbie Azua-Dillehay
    DEBBIE AZUA-DILLEHAY, Legal Assistant
    United States Attorney's Office
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    Telephone: (303) 454-0153
    FAX: (303) 454-0409
    E-mail: Debbie.Azua-Dillehay@usdoj.gov