IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover          Date: October 7, 2009
Court Reporter:     Paul Zuckerman
Probation Officer:  Michelle Means

Criminal Action No. 08-cr-00378-MSK

*Parties*:                                   *Counsel*:

UNITED STATES OF AMERICA,                    Krislene Lorenz
                                             Judith Smith

       Plaintiff,

v.

JOE CAMACHO,                                 La Fonda Jones

       Defendant.

---

### SENTENCING MINUTES
---

**1:36 p.m.**   **Court in session**.

Defendant present on bond.

This hearing was further continued from August 17, 2009.

The Court addresses case status and the Government's request for an assessment of defendant.

Statements from counsel.

**ORDER:** On or before **Friday, October 9, 2009,** the parties will file a pleading advising the Court of the appropriate person to conduct the evaluation. Counsel will provide a form of order they agree to that covers the scope of the evaluation that will be performed.

**ORDER:** Sentencing is continued indefinitely.

**ORDER:** Bond is continued.

**1:49 p.m.**   **Court in recess.**

Total Time:   13 minutes.
Hearing continued.