IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00378-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JOE CAMACHO,

      Defendant.

## NOTICE OF DESIGNATION OF EVALUATOR

The United States of America, by David M. Gaouette, United States Attorney for the District of Colorado, through Assistant United States Attorney Krislene M. Lorenz, hereby submits this Notice of Designation of Evaluator, and states:

1.    At the government's request, this Court has ordered Mr. Camacho to undergo an offense-specific evaluation. At the hearing held on October 7, 2009, this Court ordered the parties to confer to determine if they could agree upon an evaluator.

2.  The parties have reached an agreement and hereby request this Court order the evaluation conducted by:

> Dr. Stephen Brake of Stephen Brake and Associates
> 1181 South Parker Road, #103
> Denver, CO 80231
> (303) 745-7745

3.  The Parties agree that the evaluation should be conducted in accordance with the Colorado Sex Offender Management Board (SOMB) Standards and Guidelines. Attachment 1 is section 2.000 of those Standards and Guidelines which govern sex offense-specific evaluations. Dr. Brake has been approved by the SOMB to conduct offense-specific evaluations in accordance with these Standards and Guidelines.

    Respectfully submitted,

    DAVID M. GAOUETTE
    United States Attorney

    BY: s/ Krislene M. Lorenz
    KRISLENE M. LORENZ
    Assistant United States Attorney
    United States Attorney's Office
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    Telephone: (303) 454-0368
    FAX: (303) 454-0403
    E-mail: Krislene.Lorenz@usdoj.gov
    Attorney for Government

## **CERTIFICATE OF SERVICE**

      I certify that on this  9th   day of October, 2009, I electronically filed the foregoing **NOTICE OF DESIGNATION OF EVALUATOR**  with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

La Fonda R. Jones
Email: LaFonda_Jones@fd.org

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

None

                                          s/ Maureen M Carle
                                          MAUREEN M. CARLE, Legal Assistant
                                          United States Attorney's Office
                                          1225 Seventeenth Street, Suite 700
                                          Denver, Colorado 80202
                                          Telephone: (303) 454-0153
                                          FAX: (303) 454-0409
                                          E-mail: Maureen.Carle@usdoj.gov