**USA v. Joe Camacho**
**Criminal Case No.  08-cr-00378-MSK**

**NOTICE OF DESIGNATION OF EVALUATOR**
**Attachment 1**

*Colorado Standards and Guidelines for the Treatment, Assessment, Evaluation, Treatment and Behavioral Monitoring of Adult Sex Offenders*

# 2.000 STANDARDS FOR SEX OFFENSE SPECIFIC EVALUATIONS

Evaluations are conducted to identify levels of risk and specific risk factors that require attention in treatment and supervision, and to assist the court in determining the most appropriate sentence for offenders. Because of the importance of the information to subsequent sentencing, supervision, treatment, and behavioral monitoring, each sex offender shall receive a thorough assessment and evaluation that examines the interaction of the offender's mental health, social/systemic functioning, family and environmental functioning, and offending behaviors. Sex offense specific evaluations are not intended to supplant more comprehensive psychological or neuropsychological evaluations. Evaluators have an ethical responsibility to conduct evaluations in a comprehensive and factual manner regardless of the offender's status within the criminal justice system.

Evaluators who provide evaluations to sex offenders with developmental disabilities shall be SOMB approved with a specialty in the evaluation of sex offenders with developmental disabilities in accordance with the qualifications required pursuant to *Standards*, section 4.000 DD.

**2.010**   Assessment and evaluation are ongoing processes and should continue through each transition of supervision and treatment. Re-evaluation by community supervision team members should occur on a regular basis to ensure recognition of changing levels of risk.

**2.020**   In accordance with Section 16-11-102(1)(b) C.R.S., each sex offender shall receive a sex offense-specific evaluation at the time of the pre-sentence investigation.

**2.030**   The evaluator shall obtain the informed assent of the offender for the evaluation, by advising the offender of the assessment and evaluation methods to be used, the purpose of the evaluation, and to whom the information will be provided. The evaluator shall explain to the offender about the role the evaluator fills with regard to the offender and the court. Results of the evaluation should be shared with the offender and any questions addressed. The evaluation shall explain the limits of confidentiality and the obligations regarding mandatory reporting of child abuse.

**2.030 DD**
   (A)   The information shall be provided in a manner that is easily understood, verbally and in writing, or through other modes of communication as may be necessary to enhance understanding.

   *Discussion: When the evaluator is working with a sex offender with developmental disabilities and obtaining informed assent, the evaluator (see Section 4.000 related to evaluator qualifications and Appendix E related to special populations) should be familiar with characteristics of persons with developmental disabilities such as cognitive functioning, communication style, mental health issues, vocabulary and language skills, or other significant limitations. If the evaluator feels that informed assent could not be acquired at the time of the evaluation, the evaluator shall*

*Colorado Standards and Guidelines for the Treatment, Assessment, Evaluation, Treatment and Behavioral Monitoring of Adult Sex Offenders*

> *obtain assistance from a third party who is not a practitioner from within the same agency. A third party may be an individual or group of individuals who understands the definition of informed assent and who has had significant knowledge of the person's unique characteristics.*

(B) The evaluator shall obtain the assent of the legal guardian, if applicable, and the informed assent of the offender with developmental disabilities for the evaluation and assessments. The legal guardian will be informed of the evaluation methods, how the information may be used and to whom it will be released. The evaluator shall also inform the offender with developmental disabilities and the legal guardian about the nature of the evaluator's relationship with the offender and with the court. The evaluator shall respect the offender's right to be fully informed about the evaluation procedures. Results of the evaluation may be reviewed with the offender and the legal guardian upon request.

The mandatory reporting law (Section 19-3-304, C.R.S.) requires certain professionals to report suspected or known abuse or neglect to the local department of social services or law enforcement. Evaluators are statutorily mandated reporters.

(C) If informed assent cannot be obtained after consulting with the third party, then the evaluator shall refer the case back to the community supervision team or the court.

**2.040** The evaluator shall be sensitive to any cultural, ethnic, developmental, sexual orientation, gender, medical and/or educational issues, or disabilities that become known during the evaluation.

**2.050** To ensure the most accurate prediction of risk for sex offenders, the following evaluation modalities are all required in performing a sex offense-specific evaluation:

- Use of instruments that have specific relevance to evaluating sex offenders
- Use of instruments with demonstrated reliability and validity
- Examination and integration of criminal justice information and other collateral information, including:
  - The details of the current offense
  - Documents that describe victim trauma, when available
  - Scope of offender's sexual behavior other than the current offense that may be of concern
- Structured clinical and sexual history interview
- Offense-specific psychological testing and standardized assessments/instruments
- Testing of deviant arousal or interest (i.e. Plethysmograph, Abel Screening or other Viewing Response Time (VRT) instruments)
- Use of at least one validated risk assessment instrument that was normed on a population most similar to the offender being evaluated.

*Discussion: Evaluation instruments and processes will be subject to change as more is learned in this area. Because measures of risk are imperfect at this time, evaluation and assessment must be done by collecting information through a variety of methods. Evaluation and assessment therefore currently involve the integration of physiological, psychological, historical, and demographic information to adequately assess a sex*

Case No. 1:08-cr-00378-MSK   Document 38-1   filed 10/09/09   USDC Colorado   pg 4 of 15

*Colorado Standards and Guidelines for the Treatment, Assessment, Evaluation, Treatment and Behavioral Monitoring of Adult Sex Offenders*

*offender's level of risk and amenability to treatment. When the evaluator is in doubt, s/he should err on the side of protecting community safety in drawing conclusions and making recommendations.*

**2.050 DD**
- (A) Due to the complex issues of evaluating sex offenders with developmental disabilities, methodologies shall be applied individually and their administration shall be guided by the following:

  1. When possible, instruments should be used that have relevance and demonstrated reliability and validity which are supported by research in the mental health and sex offender treatment fields as they relate to persons with developmental disabilities.
  2. If a required procedure is not appropriate for a specific client, the evaluator shall document in the evaluation why the required procedure was not done.

- (B) Evaluators shall carefully consider the appropriateness and utility of using a plethysmograph assessment, or VRT assessment with sex offenders who have developmental disabilities. For these assessments to be effective with this population, evaluators shall assess whether the offender has a sufficient level of cognitive functioning to be able to adequately discriminate between stimulus cues. In addition, consideration shall be given to use of specialized protocols that have been developed for sex offenders who have developmental disabilities, such as the Behavioral Technologies, Inc. stimulus cue package for the plethysmograph and the Abel-Blasingame Assessment System *for Individuals with Intellectual Disabilities*™ (ABID). In administering the Abel Screening it is critical to use the questionnaire in addition to the VRT procedure. Further, the use of the relapse prediction scores from the Abel Screening are not recommended due to not having been adapted for use with sex offenders who have developmental disabilities and therefore, shall not be used by evaluators. Finally, the evaluator shall interpret the results of plethysmograph and VRT assessments with caution given the limited research and minimal validation of these tools with sex offenders who have developmental disabilities, and the evaluator shall seek other evaluative information to confirm diagnostic considerations generated by the plethysmograph and VRT assessment data.

**2.060** A sex offense-specific evaluation of a sex offender shall evaluate the following required areas:

- Cognitive Functioning
- Mental Health
- Medical/Psychiatric Health
- Drug/Alcohol Use
- Stability of Functioning
- Developmental History
- Sexual Evaluation
- Risk
- Motivation and Amenability to Treatment
- Impact on Victim

26

*Colorado Standards and Guidelines for the Treatment, Assessment, Evaluation, Treatment and Behavioral Monitoring of Adult Sex Offenders*

**2.060 DD**

    Evaluators shall also address the level of functioning and neuropsychological concerns for sex offenders with developmental disabilities and make appropriate recommendations regarding treatment modality and any need for additional behavioral interventions or containment and supervision requirements. To address an offender's level of functioning and appropriate treatment interventions, the evaluation areas on page 40 shall also be addressed.

*Colorado Standards and Guidelines for the Treatment, Assessment, Evaluation, Treatment and Behavioral Monitoring of Adult Sex Offenders*

# Evaluators
## SEX OFFENSE-SPECIFIC EVALUATION

Outlined in the following chart are the <u>required</u> areas of a sex offense-specific evaluation. The left hand column identifies the required areas to be evaluated. The right hand column identifies the required and optional evaluation procedures that may be used. All major categories identified in Standard 2.060 shall be addressed.

| Evaluation Areas -- Required | Required and Optional Evaluation Procedures<br>• Closed bullet indicates a required method<br>o Open bullet indicates an optional method |
|---|---|
| **COGNITIVE FUNCTIONING** | |
| **Intellectual Functioning** (Mental Retardation, Learning Disability, and Literacy) | • Clinical Interview (D)<br>• History of Functioning and/or standardized tests:<br>• Clinical Mental Status Exam (D)<br>• Observational Assessment (E)<br>• Case File/Document Review (F)<br>• Collateral Information/Contact/Interview (F)<br>o WAIS III (C)<br>o TONI (Test of Non-Verbal Intelligence) (B)<br>o Shipley Institute of Living Scale Revised (B)<br>o Kaufman IQ Test for Adults (C)<br>o Stanford Binet (C)<br>o Slosson Intelligence Test – Revised (B)<br>o Slosson Full-Range Intelligence Test (B)<br>o Kaufman Brief Intelligence Test (B)<br>o Universal Nonverbal Intelligence Test (C) |
| **Neuropsychological Functioning (fluid intelligence)** | • Clinical Interview (D)<br>• Clinical Mental Status Exam (D)<br>o Observational Assessment (E)<br>o Case File/Document Review (F)<br>o Collateral Information/Contact/Interview (F)<br>o Test of Memory and Learning (C)<br>o K-SNAP (B)<br>o Cognistat – Neurbehavioral Cognitive Status Exam (B)<br>o Boston Naming Test (B)<br>o Boston Diagnostic Aphasia Test (C)<br>o Luria-Nebraska Screening Test (B)<br>o Weschler Memory Scale Revised (C)<br>o Jacobs Cognitive Screening Test (B)<br>o Quick Neurological Screening Test (B)<br>o Bilingual Verbal Abilities Test (B)<br>o Referral to Neuropsychologist if necessary (S)<br>o WAIS III (C)<br>o Bender – Gestalt (C) |

**Code for:**
- A – *General use test, no advanced training required*
- B – *Screening test – graduate level training in test development and administration*
- C – *Advanced test or procedures – advanced training required*
- D – *Clinical procedure – clinical training required*
- E – *Observational procedure*
- F – *Collateral information source*
- R – *Self report data*
- S – *Specialist referral*

28

*Colorado Standards and Guidelines for the Treatment, Assessment, Evaluation, Treatment and Behavioral Monitoring of Adult Sex Offenders*

| | |
|---|---|
| **Academic Achievement** | • Clinical Interview (D)<br>• Clinical Mental Status Exam (D)<br>o Observational Assessment (E)<br>o Case File/Document Review (F)<br>o Collateral Information/Contact/Interview (F)<br>o Woodcock-Johnson Psychoeducational Battery, Revised (C)<br>o Wide Range Achievement Test 3 (B)<br>o Referral to Educational Diagnostic if necessary (S)<br>o Referral to Vocational Specialist if necessary (S) |

| *MENTAL HEALTH* | |
|---|---|
| **Character/Personality Pathology** | • Clinical Interview (D)<br>• Collateral Information/Contact/Interview (F)<br>• Clinical Mental Status Exam (D)<br>• Observational Assessment (E)<br>• Case File/Document Review (F)<br>o Hare Psychopathy Checklist Revised (C)<br>o Psychopathy Checklist – Screening Version (B)<br>o MCMI-III (C)<br>o MMPI 2 (C)<br>o Jessnes Inventory (C)<br>o Rorschach Test (C)<br>o Sentence Completion Series (B)<br>o State-Trait Anger Inventory (B)<br>o State-Trait Anxiety Inventory (B)<br>o Social/Developmental History (D) |
| **Mental Illness** | • Clinical Interview (D)<br>• Collateral Information/Contact/Interview(F)<br>• Clinical Mental Status Exam (D)<br>• Observational Assessment (E)<br>• Case File/Document Review (F)<br>o MCMI-III (C)<br>o MMPI 2 (C)<br>o Jessnes Inventory (C)<br>o Rorschach Test (C)<br>o Sentence Completion Series (B)<br>o Symptom Checklist 90 (B)<br>o Brief Symptom Inventory / Symptom Assessment 45 (B)<br>o Trauma Symptom Checklist (C)<br>o Beck Depression Inventory (A)<br>o Positive and Negative Syndrome Scale (B)<br>o Brief Psychiatric Rating Scale (B) |

**Code for:**
A – *General use test, no advanced training required*
B – *Screening test – graduate level training in test development and administration*
C – *Advanced test or procedures – advanced training required*
D – *Clinical procedure – clinical training required*
E – *Observational procedure*
F – *Collateral information source*
R – *Self report data*
S – *Specialist referral*

29

*Colorado Standards and Guidelines for the Treatment, Assessment, Evaluation, Treatment and Behavioral Monitoring of Adult Sex Offenders*

| Self Concept/Self Esteem | <ul><li>Clinical Interview (D)</li><li>Clinical Mental Status Exam (D)</li><li>Observational Assessment (E)</li><li>Case File/Document Review (F)</li><li>Collateral Information/Contact/Interview (F)</li></ul><ul><li>MPD (Measures of Psychological Development) (B)</li><li>CAQ (Clinical Analysis Questionnaire) (D)</li><li>CPI (California Personality Inventory) (C)</li><li>MCMI-III (C)</li><li>MMPI 2 (C)</li><li>Jessnes Inventory (C)</li></ul> |
|---|---|

| **MEDICAL/PSYCHIATRIC HEALTH** | |
|---|---|
| <ul><li>Pharmacological Needs</li><li>Medical Condition Impacting Offending Behavior</li><li>History of Medication Use/Abuse</li></ul> | <ul><li>Clinical Interview (D)</li><li>Clinical Mental Status Exam (D)</li><li>Observational Assessment (E)</li><li>Case File/Document Review (F)</li><li>Collateral Information/Contact/Interview (F)</li></ul><ul><li>Referral to Physician, if indicated (S)</li><li>Referral to Psychiatrist, if indicated (S)</li><li>Referral for Medical Tests (S)</li></ul> |

| **DRUG/ALCOHOL USE\*** | |
|---|---|
| Use/Abuse | <ul><li>Clinical Interview (D)</li><li>Collateral Information/Contact/Interview (F)</li><li>Clinical Mental Status Exam (D)</li><li>Observational Assessment (E)</li><li>Case File/Document Review (F)</li></ul><ul><li>MCMI-III (C)</li><li>MMPI 2 (C)</li><li>Clinical Analysis Questionnaire (D)</li><li>Personal History Questionnaire (B)</li><li>SASSI – III (B)</li><li>Adult Substance Use Survey (B)</li><li>Substance Use History Matrix (B)</li></ul> |
| Number of Relapses | <ul><li>Clinical Interview (D)</li><li>Collateral Information/Contact/Interview (F)</li><li>Treatment History (F)</li><li>Clinical Mental Status Exam (D)</li></ul><ul><li>Observational Assessment (E)</li><li>Case File/Document Review (F)</li></ul> |

Code for:
- A – General use test, no advanced training required
- B – Screening test – graduate level training in test development and administration
- C – Advanced test or procedures – advanced training required
- D – Clinical procedure – clinical training required
- E – Observational procedure
- F – Collateral information source
- R – Self report data
- S – Specialist referral

30

*Colorado Standards and Guidelines for the Treatment, Assessment, Evaluation, Treatment and Behavioral Monitoring of Adult Sex Offenders*

| STABILITY OF FUNCTIONING | |
|---|---|
| **Marital/Family Stability**<br>- Past<br>- Current<br>- Familial Violence<br>- Familial Sexual<br>- Financial<br>- Housing<br>- Social Support Systems | • Clinical Interview (D)<br>• Interview Attitudes<br>• Collateral Information/Contact/Interview (F)<br>• Clinical Mental Status Exam (D)<br>• Observational Assessment (E)<br>• Case File/Document Review (F)<br>• History of Functioning (F)<br>o Personal History Questionnaire (B)<br>o Family Environment Scale (B)<br>o Dyadic Adjustment Scale (B)<br>o Marital Satisfaction Inventory (B) |
| **Access to Children**<br>- Legal Relationship to Child | • Clinical Interview<br>• Collateral Information<br>o PRA (Parental Risk Assessment) |
| **Employment/Education**<br>- Completion of Major Life Tasks | • Clinical Interview (D)<br>• Collateral Information/Contact/Interview (F)<br>• History of Functioning (F)<br>• Case File/Document Review (F)<br>o Clinical Mental Status Exam (D)<br>o Observational Assessment (E)<br>o Personal History Questionnaire (B) |
| **Social Skills**<br>- Ability to Form Relationships<br>- Ability to Maintain Relationships<br>- Courtship/Dating Skills<br>- Ability to Demonstrate Assertive Behavior | • Clinical Interview (D)<br>• Collateral Information/Contact/Interview (F)<br>• Clinical Mental Status Exam (D)<br>• Observational Assessment (E)<br>• Case File/Document Review (F)<br>o Interpersonal Behavior Survey (B)<br>o Social Avoidance and Distress Scale (B)<br>o Miller's Social Intimacy Scale (A) |

| DEVELOPMENTAL HISTORY | |
|---|---|
| - Disruptions in parent/child relationship<br>- History of bed wetting, cruelty to animals<br>- History of behavior problems in elementary school<br>- History of special education services, learning disabilities, school achievement<br>- Indicators of disordered attachments | • Clinical Interview (D)<br>• History of Functioning (F)<br>• Collateral Information/Contact/Interview (F)<br>• Clinical Mental Status Exam (D)<br>• Observational Assessment (E)<br>• Case File/Document Review (F) |

*Code for:*
- A – *General use test, no advanced training required*
- B – *Screening test – graduate level training in test development and administration*
- C – *Advanced test or procedures – advanced training required*
- D – *Clinical procedure – clinical training required*
- E – *Observational procedure*
- F – *Collateral information source*
- R – *Self report data*
- S – *Specialist referral*

31

*Colorado Standards and Guidelines for the Treatment, Assessment, Evaluation, Treatment and Behavioral Monitoring of Adult Sex Offenders*

| SEXUAL EVALUATION | |
|---|---|
| **Sexual History** (Onset, Intensity, Duration, Pleasure Derived)<br>• Age of Onset of Expected Normal Behaviors<br>• Quality of First Sexual Experience<br>• Age of Onset of Deviant Behaviors<br>• Witnessed or Experienced Victimization (Sexual or Physical)<br>• Genesis of Sexual Information<br>• Age/Degree of Use of Pornography, Phone Sex, Cable, Video, or Internet for Sexual Purposes<br>• Current and Past Range of Sexual Behavior | • Clinical Interview (D)<br>• History of Functioning (F)<br>• Collateral Information/Contact/Interview (F)<br>• Clinical Mental Status Exam (D)<br>• Observational Assessment (E)<br>• Case File/Document Review (F)<br>o Personal Sentence Completion Inventory – Miccio-Fonseca (B)<br>o Sex Offender Incomplete Sentence Blank (B)<br>o Wilson Sexual Fantasy Questionnaire (B)<br>o SONE Sexual History Background Form (D)<br>o Colorado Sex Offender Risk Scale (Actuarial scale normed on Colorado offenders from probation, parole and prison) |
| **Reinforcement Structure for Deviant Behavior**<br>• Culture<br>• Environment<br>• Cults | • Clinical Interview (D) |
| **Arousal/Interest Pattern**<br>• Sexual Arousal or Sexual Interest | • Clinical Interview (D)<br>• Plethysmograph (S) or Abel Assessment for sexual interest (S) |
| **Specifics of Sexual Crime(s)** (Onset, Intensity, Duration, Pleasure Derived)<br>• Detailed Description of Sexual Assault<br>• Seriousness, Harm to Victim<br>• Mood During Assault (Anger, Erotic, "Love")<br>• Progression of Sexual Crimes<br>• Thoughts Preceding and Following Crimes<br>• Fantasies Preceding and Following Crimes | • Clinical Interview (D)<br>• History of Crimes (F)<br>• Collateral Information (F)<br>• Review of Criminal Records (F)<br>• Review of Victim Impact Statement, if available (F)<br>o Contact with Victim Therapist (F)<br>o Polygraph (S) |
| **Sexual Deviance** | • Clinical Interview (D)<br>o SONE Sexual History Background Form (R)<br>o Multiphasic Sex Inventory I or II (C)<br>o Hanson Sexual Attitudes Questionnaire (B)<br>o Wilson Sex Fantasy Questionnaire (B)<br>o Abel and Becker Card Sort (B)<br>o Sexual Projective Card Sort (B)<br>o Sexual Autobiography (R)<br>o Attitudes Toward Women Scale (B)<br>o Burt Rape Myth Acceptance Scale (B)<br>o Abel and Becker Cognition Scale (B) |
| **Dysfunction** (Impotence, Priapism, Injuries, Medications Affecting Sexual Functioning, Etc.) | • Clinical Interview (D)<br>o Multiphasic Sex Inventory I or II (C)<br>o SONE Sexual History Background Form (R)<br>o Medical tests (S) |

*Code for:*
- A – *General use test, no advanced training required*
- B – *Screening test – graduate level training in test development and administration*
- C – *Advanced test or procedures – advanced training required*
- D – *Clinical procedure – clinical training required*
- E – *Observational procedure*
- F – *Collateral information source*
- R – *Self report data*
- S – *Specialist referral*

32

*Colorado Standards and Guidelines for the Treatment, Assessment, Evaluation, Treatment and Behavioral Monitoring of Adult Sex Offenders*

| | |
|---|---|
| **Offender's Perception of Sexual Functioning** | • Clinical Interview (D)<br>• History<br>o Bentler Heterosexual Inventory (B)<br>o Abel and Becker Card Sort (B)<br>o Plethysmograph (S) or Abel Assessment for sexual interest (S)<br>o Bentler Sexual Behavior Inventory (R) |
| **Preferences** (Male/Female; Age; Masturbation; Use of Tools, Utensils, Food, Clothing; Current Sexual Practices; Deviant as well as Normal Behaviors) | • Clinical Interview (D)<br>• Plethysmograph (S) or Abel Assessment for sexual interest (S) |
| **Attitudes/Cognition**<br>▪ Motivation to Change/Continue Behavior<br>▪ Attitudes Toward Women, Children, Sexuality in General<br>▪ Attitudes About Offense (i.e., Seriousness, Harm to Victim)<br>▪ Degree of Victim Empathy<br>▪ Presence/Degree of Minimalization<br>▪ Presence/Degree of Denial<br>▪ Ego-syntonic vs. Ego-dystonic Sense of Deviant Behavior | • Clinical Interview (D)<br>o Burt Rape Myth Acceptance Scale (B)<br>o Multiphasic Sex Inventory I or II (C)<br>o Buss/Durkee Hostility Inventory (R)<br>o Abel and Becker Cognitions Scale (B)<br>o Attitudes Towards Women Scale (B)<br>o Socio-Sexual Knowledge and Attitudes Test (For use with sex offenders who have developmental disabilities) (B) |

| *RISK* | |
|---|---|
| **Risk of Re-offense** | • Criminal History<br>• SOMB Checklist (7 Dynamic Indicators, normed on Colorado offenders from probation, parole and community corrections)<br>o Colorado Sex Offender Risk Scale (Actuarial scale normed on Colorado offenders from probation, parole and prison)<br>o Violence Risk Assessment Guide (Normed on a psychiatric hospital sample)<br>o Sex Offense Risk Assessment Guide<br>o Rapid Risk Assessment for Sex Offender Re-arrest (Sample excludes incest offenders)<br>o MnSOST-R (Normed on Minnesota offenders in the Department of Corrections, excludes incest offenders)<br>o CARAT<br>o Static 99 or 2002<br>o SONAR |
| **Risk of Failure in Treatment and Supervision** | • Clinical Interview<br>• Criminal History<br>• Colorado Sex Offender Risk Scale (Actuarial scale normed on Colorado offenders from probation, parole and prison)<br>o PCLR<br>o SONAR |

**Code for:**
    *A – General use test, no advanced training required*
    *B – Screening test – graduate level training in test development and administration*
    *C – Advanced test or procedures – advanced training required*
    *D – Clinical procedure – clinical training required*
    *E – Observational procedure*
    *F – Collateral information source*
    *R – Self report data*
    *S – Specialist referral*

*Colorado Standards and Guidelines for the Treatment, Assessment, Evaluation, Treatment and Behavioral Monitoring of Adult Sex Offenders*

| MOTIVATION AND AMENABILITY TO TREATMENT | |
|---|---|
| | • Clinical Interview (D)<br>• Clinical Mental Status Exam (D)<br>• Observational Assessment (E)<br>• Case File/Document Review (F)<br>• History of Functioning (F)<br>• Review of Criminal Records<br>• History of Compliance with Treatment and Supervision<br>o  DCJ Checklist |

| IMPACT ON VICTIM | |
|---|---|
| Evaluate impact on victim and the offender's perception of impact on victim | • Clinical Interview of Offender (D)<br>• Case File/Document Review (F)<br>• Review of Police Reports<br>• Review Victim Impact Statement<br>o  Contact Victim Therapist/Advocates, when available<br>o  Interview Family Members |

*Discussion:* No single test should be seen as absolute or predictive; rather, results should be seen as contributing to the overall evaluation of the sex offender and his or her risk to the community. Offender's self-report is an unreliable source of information during the evaluation, and the evaluator shall take steps not to rely solely on self-report information.

*Code for:*
  *A – General use test, no advanced training required*
  *B – Screening test – graduate level training in test development and administration*
  *C – Advanced test or procedures – advanced training required*
  *D – Clinical procedure – clinical training required*
  *E – Observational procedure*
  *F – Collateral information source*
  *R – Self report data*
  *S – Specialist referral*

34

*Colorado Standards and Guidelines for the Treatment, Assessment, Evaluation, Treatment and Behavioral Monitoring of Adult Sex Offenders*

## ADDITIONAL EVALUATION AREAS FOR SEX OFFENDERS WITH DEVELOPMENTAL DISABILITIES

| Evaluation Areas - Required | *Required and Optional Evaluation Procedures*<br>• Closed bullet indicates a required method<br>○ Open bullet indicates an optional method |
|---|---|
| Level of planning in crime of conviction and other sexual offending behavior | • *History of functioning (D)*<br>• *Structured interview (D)*<br>• *Collateral information (F)* |
| "Street smarts" | • *History of functioning (D)*<br>• *Structured interview (D)*<br>• *Collateral information (F)* |
| Expressive and receptive language skills | • *Clinical evaluation (D)*<br>○ *Peabody Picture and Vocabulary Test Revised (PPVT-R) (B)*<br>• *Collateral information (F)*<br>○ *Expressive tests, e.g. CELF, TOLD (B)* |
| Social judgment/ability to participate in group settings | • *History of functioning (D)*<br>• *Structured interview (D)*<br>• *Collateral information (F)*<br>○ *Young Adult Institute Tools (YAI Tools) (B)* |
| Adaptive behavior | • *Clinical evaluation (D)*<br>○ *Vineland Adaptive Behavioral Scale (B)*<br>○ *Adaptive Behavioral Scale of the American Association for Mental Retardation (B)* |
| Support systems | • *History of functioning (D)*<br>○ *Current DD system involvement (F)*<br>○ *Current family involvement (F)*<br>○ *Current social involvement (F,R)* |
| Executive functioning | • *History of functioning (D)*<br>• *Structured interview (D)*<br>• *Collateral information (F)*<br>○ *Wisconsin Card Sort Test (B)*<br>○ *Boston Naming Test (B)*<br>○ *Trail Making Test (B)*<br>○ *Bender-Gestalt (B)*<br>○ *Cognistat – Neurbehavioral Cognitive Status Exam (B)* |

*DD Discussion: Many widely used risk assessment tools have not been created specifically for adult sex offenders with developmental disabilities. Therefore, the evaluator shall use caution when choosing to use such instruments and when interpreting the resulting data.*

*Code for:*
- *A – General use test, no advanced training required*
- *B – Screening test – graduate level training in test development and administration*
- *C – Advanced test or procedures – advanced training required*
- *D – Clinical procedure – clinical training required*
- *E – Observational procedure*
- *F – Collateral information source*
- *R – Self report data*
- *S – Specialist referral*

35

*Colorado Standards and Guidelines for the Treatment, Assessment, Evaluation, Treatment and Behavioral Monitoring of Adult Sex Offenders*

2.070    The evaluator shall make recommendations or findings regarding:

- Level of risk
- Amenability for treatment
- Appropriateness for community placement.
    - The evaluator shall assess the sex offender's level of denial (see Standard 3.510). The evaluator shall not recommend community based treatment and supervision for a sex offender who is in Level 3: Severe Denial (see Standard 3.520).
- Type of placement (e.g. outpatient, residential)
- Intensity of offense-specific treatment (i.e. frequency of treatment contact)
- Multi axial diagnoses
- Treatment of co-existing conditions and further assessments needed to address areas of concern
- The need for medical/pharmacological treatment, if indicated
- Expectations for involvement in treatment of the offender's family
- Specific risk factors that require management and potential interventions
- Access to, contact with and/or restrictions against contact with children and victims

Upon request, the evaluator (if different from the treatment provider) shall also provide information to the case management team or prison treatment provider at the beginning of an offender's term of supervision or incarceration.

**2.070 DD**
If the sex offender with developmental disabilities meets the statutory requirements for completion of the Sexually Violent Predator Risk Assessment, the instrument shall be completed using the existing instruments as required pursuant to Section 18-3-414.5, C.R.S. The evaluator shall document any concerns regarding this instrument's validity for the client.

2.080    In the evaluation process, physiological testing through the use of polygraph examinations can be useful in understanding an offender's level of deception and denial and is recommended in the evaluation process. The polygraph should not be used to determine guilt or innocence or as the primary finder of facts for legal purposes. (See Sections 6.000 for standards on the use of the polygraph.)

2.090    Evaluators have an ethical responsibility to conduct evaluation procedures in a manner that ensures the integrity of testing data, the humane and ethical treatment of the offender, and compliance with the mental health statutes. Evaluators should use testing instruments in accordance with their qualifications and experience. Un-interpreted raw data from any type of testing should never be released to those not qualified to interpret.

2.100    Any required evaluation areas that have not been addressed, or any required evaluation procedures that have not been performed, shall be specifically noted. In addition, the evaluator must state the limitations of the absence of any required evaluation areas or procedures on the evaluation results, conclusions or recommendations. When there is insufficient information to evaluate one of the required areas, then no conclusions shall be drawn nor recommendations made concerning that required area.

**2.110** Evaluators shall not represent or imply that an evaluation meets the criteria for a sex offense specific evaluation if it does not comply with the SOMB *Standards*. Evaluators shall include a statement in each completed evaluation as to whether the evaluation is fully compliant with the SOMB *Standards* or not.