IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  08-cr-00378-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**1.  JOE CAMACHO**,

      Defendant.

---

**ORDER REGARDING DESIGNATION OF EVALUATOR**

---

**THIS MATTER** comes before the Court on the Government's NOTICE OF DESIGNATION OF EVALUATOR.  The Court, after having the opportunity to review the notice in this matter, and being otherwise sufficiently advised in the premises, hereby finds, concludes and orders the following:

Dr. Stephen Brake, of Brake and Associates, shall conduct an offense-specific evaluation of the defendant, Mr. Joe Camacho, in accordance with Colorado Sex Offender Management Board Standards and Guidelines**.**

It is so ordered.

Signed and entered this \_\_\_\_\_ day of October 2009,

      BY THE COURT:

      _____
      MARCIA S. KRIEGER
      JUDGE, UNITED STATES DISTRICT COURT
      DISTRICT OF COLORADO