IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No.  08-cr-00378-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  **JOE CAMACHO**,

    Defendant.

## ORDER REGARDING DESIGNATION OF EVALUATOR

**THIS MATTER** comes before the Court on the Government's NOTICE OF DESIGNATION OF EVALUATOR.  The Court, after having the opportunity to review the notice in this matter, and being otherwise sufficiently advised in the premises, hereby finds, concludes and orders the following:

Pursuant to 18 U.S.C. §2552 Dr. Stephen Brake, of Brake and Associates, shall by **November 18, 2009**, conduct an offense-specific evaluation of the defendant, Mr. Joe Camacho, in accordance with Colorado Sex Offender Management Board Standards and Guidelines**.**  Counsel shall agree upon the type of evaluation conducted.  It is

**FURTHER ORDERED** that the Defendant shall participate.

DATED this 9th day of October, 2009.

                              **BY THE COURT:**

                              */s/ Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Judge