#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO

Criminal Case No.  08-cr-00378-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOE CAMACHO,

      Defendant.

---

### GOVERNMENT'S MOTION FOR REVOCATION OF BOND

---

    The United States of America, through Judith A. Smith, Assistant United States Attorney, moves under 18 U.S.C. § 3148(b) for revocation of defendant's post-plea, pre-sentence release. In support, the government states as follows:

1. On September 9, 2008, the defendant was indicted on one count of Enticement and one count of Transfer of Obscene Material, and an arrest warrant was issued.  Indictment, Docket #1.

2. On October 6, 2008, the defendant was arrested on the warrant.  On October 10, 2008, the defendant was ordered released on bond, subject to electronic monitoring.  October 10, 2008 Order, Docket #7.  Thereafter, Counsel for Mr. Camacho filed an unopposed motion to modify the bond to allow Mr. Camacho to reside at Independence House, Docket #10.  On November 7, 2008, Magistrate Judge Craig Shaffer released the defendant on bond with several conditions, including the requirement that he reside in a residential reentry center and observe the rules of that facility, Docket # 18.  The defendant entered the residential reentry center (Independence House) on November 7, 2008.

3. On February 2, 2009, the defendant pleaded guilty to Count Two of the Indictment, Transfer of Obscene Material. Minute Entry, Docket # 26. There is currently no sentencing date set in the defendant's case (See Docket #37).

4. To summarize the allegations, on December 11, 2009, Terry Nelson, Independence House South Federal RRC, Home Confinement Coordinator, observed the defendant driving a green Ford Explorer when he arrived for work. The defendant did not have authorization to drive a vehicle. On December 15, 2009, Supervising Probation Officer Vaccaro and Senior Probation Officer Nuanes met with the defendant regarding the alleged violation. The defendant admitted that he had been driving a vehicle without authorization approximately "3-4 times" monthly since July 2009, and also admitted to other violations consisting of unauthorized use of a cellular telephone and failure to make required location calls. The attached "Violation Report Memorandum" sets forth in detail the violations of the defendant's release.

WHEREFORE, the United States respectfully moves this Court to enter an Order revoking defendant's pre-sentence release in this matter and to issue a warrant for the immediate arrest of defendant for a revocation of release hearing under 18 U.S.C. §3148(b).

Respectfully submitted,

DAVID M. GAOUETTE
United States Attorney

s/ Judith A. Smith
By: Judith A. Smith
Assistant U.S. Attorney
U.S. Attorney's Office
1225 17th St., Ste. 700
Denver, CO 80202
Telephone: 303-454-0200
Fax: 303-454-0406
E-mail: Judith.Smith3@usdoj.gov
Attorney for Government

# **CERTIFICATE OF SERVICE**

   I hereby certify that on this 18th day of December, 2009, I electronically filed the foregoing **GOVERNMENT'S MOTION FOR REVOCATION OF BOND** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

      LaFonda Jones
      lafonda_jones@fd.org

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand deliver, etc.) indicated by the non-participant's name:

      Jennifer Nuanes, U.S. Probation
      jennifer_nuanes@cod.uscourts.gov


                                        By: s/ Veronica Ortiz
                                        VERONICA ORTIZ
                                        Legal Assistant
                                        1225 Seventeenth Street, Suite 700
                                        Denver, Colorado 80202
                                        Telephone: (303) 454-0100
                                        Facsimile: (303) 454-0403
                                        E-mail: Veronica.Ortiz@usdoj.gov