# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  08-cr-00378-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JOE CAMACHO,

      Defendant.

---

## PROPOSED ORDER ON GOVERNMENT'S
## MOTION FOR REVOCATION OF BOND

---

THIS MATTER comes before the Court on the government's motion, under 18 U.S.C. §3148, for immediate revocation of defendant's pretrial release on the grounds that the defendant has failed to comply with the conditions of pretrial release.  The Court has had the opportunity to review the government's motion and exhibit and is otherwise fully advised.  It is hereby

ORDERED that the government's motion is GRANTED.  The defendant's pretrial release is REVOKED and a warrant for the arrest of defendant Joe Camacho shall issue forthwith for the purpose of bringing the defendant before this Court for a hearing under 18 U.S.C. §3148.

DONE and ORDERED this _____ day of _____, 2009.

                                                        _____
                                                        Hon. Marcia S. Krieger
                                                        UNITED STATES DISTRICT COURT
                                                        DISTRICT OF COLORADO