AO 442 (Rev 5/85)    Warrant for Arrest
=

# United States District Court

## DISTRICT OFCOLORADO

### UNITED STATES OF AMERICA

### V.

### JOE CAMACHO

## WARRANT FOR ARREST

### CASE NUMBER:  08-cr-00378-MSK

TO:    The United States Marshal, and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JOE CAMACHO  and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ✗ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)

Violations of Conditions of Bond

| Name of Issuing Officer | Title of Issuing Officer |
|---|---|
| Signature of Issuing Officer | Denver, Colorado<br>Date and Location |
| (By) Deputy Clerk | |

Bail fixed at $
.

by
.
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 5/85) Warrant for Arrest