AO 442 (Rev 5/85)   Warrant for Arrest

# United States District Court

### DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| v. | |
| JOE CAMACHO | CASE NUMBER: 08-cr-00378-MSK |

TO:   The United States Marshal, and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>JOE CAMACHO</u> and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)

Violations of Conditions of Bond

_Kristen L. Mix_
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

(By) Deputy Clerk

**KRISTEN L. MIX**
**U.S. MAGISTRATE JUDGE**
~~DISTRICT OF COLORADO~~
Title of Issuing Officer

Denver, Colorado
Date and Location

Bail fixed at $ _____

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/85) Warrant for Arrest