UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Kristen L. Mix | Laura Blunkall |
| United States Magistrate Judge | Deputy Clerk |
| Case Number: 08-cr-00378-MSK | FTR KLM PM |

December 21, 2009

| | |
|---|---|
| UNITED STATES OF AMERICA | Judith Smith |
| vs. | |
| JOE CAMACHO | Without Counsel |

### INITIAL APPEARANCE ON BOND VIOLATION

Court in Session: 1:45 pm

Court calls case and appearances of counsel.

Jennifer Nuanes is present from probation.

The defendant is advised of rights, charges and possible penalties.

The defendant is currently represented by the Federal Public Defender.

Government is seeking.

**ORDERED:** Detention and preliminary hearing set for December 22, 2009 at 1:30 pm.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal.

Court in recess: 1:47 pm

Total time: 2 minutes

Hearing concluded.