AO 442 (Rev 5/85)   Warrant for Arrest

# United States District Court

## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| v. | |
| JOE CAMACHO | CASE NUMBER: 08-cr-00378-MSK |

TO: The United States Marshal, and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>JOE CAMACHO</u> and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☒ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)

Violations of Conditions of Bond

_Kristen L. Mix_
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

(By) Deputy Clerk

KRISTEN L. MIX
U.S. MAGISTRATE JUDGE
~~DISTRICT OF COLORADO~~

Denver, Colorado
Date and Location

Bail fixed at $ ____

by ____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ____

| DATE RECEIVED 12-17-09 | NAME AND TITLE OF ARRESTING OFFICER for DUSM Eric Schmucker | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12-18-09 | | |

AO 442 (Rev. 5/85) Warrant for Arrest

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2009 DEC 21 PM 3:28
GREGORY C. LANGHAM
CLERK
BY ____ DEP. CLK