UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Kristen L. Mix | Laura Blunkall |
| United States Magistrate Judge | Deputy Clerk |
| Case Number: 08-cr-00378-MSK | FTR KLM PM |
| December 22, 2009 | |
| UNITED STATES OF AMERICA | Judith Smith |
| vs. | |
| JOE CAMACHO | La Fonda Jones |

**DETENTION AND PRELIMINARY HEARING ON BOND VIOLATION**

Court in Session: 1:32 pm

Court calls case and appearances of counsel.

Jennifer Nuanes is present from probation.

Defendant tenders a waiver of the preliminary hearing to the court.

Court accepts waiver as knowing and voluntary.

Government continues to seek detention.

Defendant is not contesting detention.

Counsel to chambers.

**ORDERED:** The Government's Motion For Revocation Of Bond (41) is hereby GRANTED.

**ORDERED:** Defendant ordered detained.

**ORDERED:** Defendant remanded to the custody of the United States Marshal.

Court in Recess: 1:35 pm

Total time: 3 minutes

Hearing concluded.