**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   LaDonne Bush          Date: February 17, 2010
Court Reporter:     Paul Zuckerman
Probation Officers: Michelle Means
                    Jennifer Nuanez

Criminal Action No. 08-cr-00378-MSK-1

*Parties*:                                *Counsel*:

UNITED STATES OF AMERICA,                 Judith Smith

       Plaintiff,

v.

JOE CAMACHO,                              LaFonda Jones

       Defendant.
_____

**SENTENCING MINUTES**
_____

**8:37 a.m.      Court in session**.

Defendant present in custody.

**Change of Plea Hearing on February 2, 2009.  Defendant pled guilty to Count 2 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report, except as noted.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by Ms. Jones and Ms. Smith.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**   **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**9:45 a.m.**   **Court in recess.**

Total Time:   1:08
Hearing concluded.