IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00378-MSK-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JOE CAMACHO,

       Defendant.

---

**ORDER APPOINTING FEDERAL PUBLIC DEFENDER**

---

       This matter comes before the Court upon report of the Probation Officer concerning modification of Defendant's conditions of probation and the Court having determined that Defendant is unable to afford to retain counsel, it is

       ORDERED that the Federal Public Defender's Office is hereby appointed to represent Defendant for the limited purpose of the proposed modification of conditions of probation.

       DATED at Denver, Colorado, this 29th day of December, 2011.

       BY THE COURT:

       KRISTEN L. MIX, Magistrate Judge
       United States District Court