IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 08-cr-00378-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**JOE CAMACHO,**

       Defendant.
_____

**NOTICE OF APPEARANCE**
_____

       The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

       Respectfully submitted,

       RAYMOND P. MOORE
       Federal Public Defender


       s/ LaFonda R. Jones
       LAFONDA R. JONES
       Assistant Federal Public Defender
       633 Seventeenth Street, Suite 1000
       Denver, Colorado  80202
       Telephone:   (303) 294-7002
       Facsimile:    (303) 294-1192
       Lafonda_Jones@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2011, I electronically filed the foregoing

**NOTICE OF APPEARANCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

>Judith Smith
>Assistant U.S. Attorney
>judith.smith3@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

>s/ LaFonda R. Jones
>LAFONDA R. JONES
>Assistant Federal Public Defender
>633 Seventeenth Street, Suite 1000
>Denver, Colorado  80202
>Telephone:   (303) 294-7002
>Facsimile:    (303) 294-1192
>Lafonda_Jones@fd.org
>Attorney for Defendant

2