✎AO 442   (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Colorado

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| V. | |
| JOE CAMACHO | Case Number:   08-cr-00378-MSK-01 |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST         JOE CAMACHO
                                                                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release Violation Petition   ☒ Probation Violation Petition   ☐ Supervised Release Violation   ☐ Violation Notice

charging him or her with   (brief description of offense)
Failure to Participate in Sex Offender Treatment as Directed by the Probation Officer

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☒ in violation of the conditions of his or her supervision imposed by the court.

| JEFFREY P. COLWELL | s/ K. Finney |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK, U.S. District Court | March 25, 2013 at Denver, Colorado |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |