IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 08-cr-00378-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**1.    JOE CAMACHO,**

       Defendant.

_____

**NOTICE OF APPEARANCE**
_____

The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

Respectfully submitted,

RAYMOND P. MOORE
Federal Public Defender

s/ LaFonda R. Traorè
LAFONDA R. TRAORÈ
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:   (303) 294-7002
FAX:       (303) 294-1192
LaFonda.Traore@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2012, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Judith Smith, Assistant U.S. Attorney
E-mail: judith.smith3@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Joe Camacho
(Via U.S. Mail)

s/ LaFonda R. Traorè
LAFONDA R. TRAORÈ
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:   (303) 294-7002
FAX:         (303) 294-1192
LaFonda.Traore@fd.org
Attorney for Defendant

2