AO 442   (Rev. 08/07) Warrant for Arrest

j5925-0B

# UNITED STATES DISTRICT COURT
## District of Colorado

UNITED STATES OF AMERICA

V.

JOE CAMACHO

**WARRANT FOR ARREST**

Case Number: 08-cr-00378-MSK-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST _____ JOE CAMACHO _____
                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment      ☐ Information           ☐ Complaint            ☐ Order of court
☐ Pretrial Release  ☒ Probation           ☐ Supervised Release   ☐ Violation Notice
  Violation Petition  Violation Petition     Violation

charging him or her with   (brief description of offense)
Failure to Participate in Sex Offender Treatment as Directed by the Probation Officer

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2013 MAR 26 PM 3:59
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

☐ in violation of Title _____ United States Code, Section(s) _____
☐ in violation of the conditions of his or her pretrial release imposed by the court.
☒ in violation of the conditions of his or her supervision imposed by the court.

_____ JEFFREY P. COLWELL _____              _____ s/ K. Finney _____
      Name of Issuing Officer                    Signature of Issuing Officer

_____ CLERK, U.S. District Court _____      _____ March 25, 2013 at Denver, Colorado _____
      Title of Issuing Officer                        Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at Denver, Colorado

| DATE RECEIVED 3/25/2013 | NAME AND TITLE OF ARRESTING OFFICER Charles Ahmad, Supervisory Deputy | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 3/26/2013 | | |