United States District Court
for the District of Colorado

|  |  |  |
|---|---|---|
|  | ) | Case No.:   08-cr-378 |
| PLAINTIFF: | ) |  |
| United States of America | ) |  |
|  | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) | NOTICE OF ENTRY OF APPEARANCE |
| DEFENDANT: | ) | and REQUEST FOR DISCOVERY |
| Joe Camacho | ) |  |
|  | ) |  |
|  | ) |  |

COMES NOW the Defendant, Joe Camacho, and hereby gives notice that he enters the appearance of his counsel in the above-captioned matter, The Law Offices of Sandomire & Schwartz, and its individual attorney, Gabriel Schwartz.

Respectfully Submitted this 29th day of March, 2013 by:

s/Gabriel N. Schwartz
Gabriel N. Schwartz
The Law Offices of Sandomire & Schwartz
281 S. Pearl Street
Denver, CO 80209
Tel. 303.863.9398
Fax 303.831.9374
E-mail: Gabriel@Sandslaw.us
Attorneys for Defendant