IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 08-cr-00378-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.    JOE CAMACHO,**

    Defendant.
_____

### MOTION TO WITHDRAW
_____

LaFonda R. Traorè, Assistant Federal Public Defender, hereby moves to withdraw as counsel for the defendant, Joe Camacho. Defendant has retained Attorney Gabriel Nathan Schwartz, who entered his appearance to represent defendant (Docket No. 81), on March 29, 2013.

    Respectfully submitted,

    RAYMOND P. MOORE
    Federal Public Defender


    s/ LaFonda R. Traorè
    LAFONDA R. TRAORÈ
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:   (303) 294-7002
    FAX:         (303) 294-1192
    LaFonda.Traore@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

  I hereby certify that on April 2, 2013, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Judith Smith, Assistant U.S. Attorney
  E-mail: judith.smith3@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Mr. Joe Camacho
  (Via U.S. Mail)


            s/ LaFonda R. Traorè
            LAFONDA R. TRAORÈ
            Assistant Federal Public Defender
            633 Seventeenth Street, Suite 1000
            Denver, Colorado  80202
            Telephone:   (303) 294-7002
            FAX:           (303) 294-1192
            LaFonda.Traore@fd.org
            Attorney for Defendant