**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: May 30, 2013 |
| Court Reporter: | Terri Lindblom | |
| Probation Officer: | Walter Vanni | |

Criminal Action No. 08-cr-00378-MSK

*Parties*:                                               *Counsel Appearing*:

UNITED STATES OF AMERICA,          Judith Smith

        Plaintiff,

v.

JOE CAMACHO,                                     Gabriel Schwartz

        Defendant.

---

**COURTROOM MINUTES**

---

**Supervised Release Hearing**

**4:27 p.m.**        **Court in session**.

Defendant present in custody.

The Court addresses the difference between violation of supervised release and probation and the potential sentencing consequences thereof.

The parties jointly request a continuance of the hearing.

**ORDER:**    Joint oral motion for continuance is **GRANTED**. The parties will jointly contact chambers by close of business tomorrow to obtain a new hearing date.

**ORDER:**    Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**4:33 p.m.**        Court in recess.

**Total Time:**    6 minutes.
**Hearing continued.**