# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### CHIEF JUDGE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: June 13, 2013 |
| Court Reporter: | Terri Lindblom | |
| Probation Officer: | Walter Vanni | |

Criminal Action No. 08-cr-00378-MSK

*Parties*:                                                                 *Counsel Appearing*:

UNITED STATES OF AMERICA,                          Judith Smith

    Plaintiff,

v.

JOE CAMOCHO,                                                      Gabriel Schwartz

    Defendant.

---

## COURTROOM MINUTES
---

**Supervised Release Hearing**

**4:42 p.m.     Court in session**.

Defendant present in custody.

The Court confirms that the Government and the defendant and defense counsel have had adequate time to review and consider the petition and all of its attachments. The Government reviews the charged violation with the defendant.

Defendant admits the alleged violation.

Parties received and reviewed the probation violation report and all addenda.

Allocution. - Statements made by: The Government, the defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. § 3553 (a), the Court announces the sentence it intends to impose. Counsel are offered the opportunity for further argument. Further argument.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:**     Probation is **REVOKED.** Defendant is sentenced to a term of incarceration of 9 months with no further supervised release to follow.

Sentencing Minutes  
Chief Judge Marcia S. Krieger  
Page 2


Defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**5:23 p.m.** **Court in recess.**

**Total Time:   41 minutes.**
**Hearing concluded**